UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

22 Franklin LLC et al

    Plaintiffs,

V.

                    CIVIL ACTION NO.
                    20-11570-DPW

Boston Water and Sewer Commission et al,

    Defendant.

## ORDER OF RECUSAL

WOODLOCK, District Judge

    Pursuant to 28 U.S.C. § 455, I recuse myself from presiding further in this action.

                    /s/ Douglas P. Woodlock
                    United States District Judge

DATED:  August 26, 2020